**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____     Chapter   **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **DMD Services, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  DMD Demolition** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **36-3539594** |

4. **Debtor's address**

**Principal place of business**

**485 Podlin Dr.**
**Franklin Park, IL 60131**
Number, Street, City, State & ZIP Code

**Cook**
County

**Mailing address, if different from principal place of business**

**24 Glenoble Ct**
**Oak Brook, IL 60523**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)   _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **DMD Services, Inc.**                                                    Case number (*if known*) _____
          Name

---

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

Debtor    **See Attachment**                                    Relationship    _____

District _____    When _____    Case number, if known    _____

---

| Debtor | **DMD Services, Inc.** | Case number (*if known*) |
| --- | --- | --- |
| | Name | |

---

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐  It needs to be physically secured or protected from the weather.

☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐  Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐  No

☐  Yes.   Insurance agency _____

Contact name _____

Phone _____

---

■   **Statistical and administrative information**

---

**13.  Debtor's estimation of available funds**   .   *Check one:*

☐  Funds will be available for distribution to unsecured creditors.

■  After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
| --- | --- | --- |
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
| --- | --- | --- |
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
| --- | --- | --- |
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **DMD Services, Inc.**                                  Case number (*if known*) _____
Name

---

| **Request for Relief, Declaration, and Signatures** |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 10, 2018**
                MM / DD / YYYY

**X** **/s/ Michael DiSilvio**                              **Michael DiSilvio**
Signature of authorized representative of debtor             Printed name

Title    **Treasurer**

---

**18. Signature of attorney**

**X** **/s/ Konstantine Sparagis**                    Date    **September 10, 2018**
Signature of attorney for debtor                             MM / DD / YYYY

**Konstantine Sparagis 6256702**
Printed name

**Law Offices Of Konstantine Sparagis**
Firm name

**900 W. Jackson Blvd.**
**Ste. 4E**
**Chicago, IL 60607**
Number, Street, City, State & ZIP Code

Contact phone    **312.753.6956**        Email address    **gus@atbankruptcy.com**

**6256702 IL**
Bar number and State

Debtor    **DMD Services, Inc.**                                                    Case number (*if known*) _____
          Name

---

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS _____

Case number (*if known*) _____    Chapter    **7**

☐ Check if this an
   amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Jacqueline J Disilvio** | | Relationship to you | **Owner** | |
| District | **ND ILL** | When | **10/05/17** | Case number, if known | **17-29901** |
| Debtor | **Michael DiSilvio** | | Relationship to you | **Officer** | |
| District | **ND ILL** | When | **3/27/18** | Case number, if known | **18-8777** |

**Fill in this information to identify the case:**

Debtor name **DMD Services, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __**September 10, 2018**__   X **/s/ Michael DiSilvio**
Signature of individual signing on behalf of debtor

**Michael DiSilvio**
Printed name

**Treasurer**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name     **DMD Services, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................. $ _____ 12.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $ _____ 12.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ _____ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $ _____ 1.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ _____ 5,613,766.67

4. **Total liabilities** ..................................................................................
   Lines 2 + 3a + 3b                                                                          $ _____ 5,613,767.67

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **DMD Services, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **Pan American Bank** | **Checking Account** | | **$12.00** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | **$12.00** |

**Part 2:       Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

   ☑ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:       Accounts receivable**

10. Does the debtor have any accounts receivable?

   ☑ No. Go to Part 4.
   ☐ Yes Fill in the information below.

**Part 4:       Investments**

13. Does the debtor own any investments?

   ☑ No. Go to Part 5.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **DMD Services, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

**Part 5:**     **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No. Go to Part 6.
- ☐ Yes Fill in the information below.

---

**Part 6:**     **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No. Go to Part 7.
- ☐ Yes Fill in the information below.

---

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ■ No. Go to Part 8.
- ☐ Yes Fill in the information below.

---

**Part 8:**     **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ■ No. Go to Part 9.
- ☐ Yes Fill in the information below.

---

**Part 9:**     **Real property**

**54. Does the debtor own or lease any real property?**

- ■ No. Go to Part 10.
- ☐ Yes Fill in the information below.

---

**Part 10:**     **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ■ No. Go to Part 11.
- ☐ Yes Fill in the information below.

---

**Part 11:**     **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ■ No. Go to Part 12.
- ☐ Yes Fill in the information below.

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **DMD Services, Inc.**                                        Case number *(If known)* _____
          Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $12.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $12.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $12.00 |

**Fill in this information to identify the case:**

Debtor name    **DMD Services, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**DMD Services, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|

**2.1** Priority creditor's name and mailing address
**Illinois Department of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL 62794**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$0.00**    Priority amount **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9594**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**2.2** Priority creditor's name and mailing address
**Internal Revenue Service
P.O. Box 802501
Cincinnati, OH 45280**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$1.00**    Priority amount **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Collection**

Last 4 digits of account number **9594**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **DMD Services, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

Adam C. Toosely
Freeborn & Peters, LLP
311 S. Wacker Dr., Ste. 3000
Chicago, IL 60606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only - Attorneys for Northbrook Bank & Trust**

Last 4 digits of account number  **0706**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $542.54

Allstate-Commercial Auto Policy
PO BOX 4344
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Collection**

Last 4 digits of account number  **9594**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

Amex
Po Box 297871
Fort Lauderdale, FL 33329

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Opened 08/02  Last Active 12/13**

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **2833**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

Amex Dsnb
9111 Duke Blvd
Mason, OH 45040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Opened 09/06  Last Active  2/20/09**

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **9970**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00

AT & T Business
PO Box 5080
Carol Stream, IL

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Collection**

Last 4 digits of account number  **9594**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,204.84

AT&T
PO Box 5080
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Collection**

Last 4 digits of account number  **9594**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,000.00

AT&T Capital Services
13160 Collections Center Dr.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Collection**

Last 4 digits of account number  **9594**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | DMD Services, Inc. | Case number (if known) | |
|--------|--------------------|------------------------|--|
| | Name | | |

---

**3.8** | Nonpriority creditor's name and mailing address

**AT&T Capital Services**
**13160 Collections Center Dr.**
**Chicago, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number  **9594**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection**

Is the claim subject to offset? ■ No ☐ Yes

**$3,712.60**

---

**3.9** | Nonpriority creditor's name and mailing address

**AT&T RM**
**909 Chestnut St**
**Saint Louis, MO 63101**

Date(s) debt was incurred _

Last 4 digits of account number  **9594**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.10** | Nonpriority creditor's name and mailing address

**Atlas Bobcat, Inc.**
**5050 N. River Rd.**
**Schiller Park, IL 60176**

Date(s) debt was incurred _

Last 4 digits of account number  **9594**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection**

Is the claim subject to offset? ■ No ☐ Yes

**$163.13**

---

**3.11** | Nonpriority creditor's name and mailing address

**Axis Response Group**
**1134 Wildwood Ln**
**Glenview, IL 60025**

Date(s) debt was incurred _

Last 4 digits of account number  **9594**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.12** | Nonpriority creditor's name and mailing address

**Blue Cross Blue Shield of Illinois**
**300 East Randolph Street**
**Chicago, IL 60601**

Date(s) debt was incurred _

Last 4 digits of account number  **9594**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection**

Is the claim subject to offset? ■ No ☐ Yes

**$4,075.00**

---

**3.13** | Nonpriority creditor's name and mailing address

**Bluebook**
**PO Box 500**
**Jefferson Valley, NY 10535**

Date(s) debt was incurred _

Last 4 digits of account number  **9594**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection Loan**

Is the claim subject to offset? ■ No ☐ Yes

**$2,872.00**

---

**3.14** | Nonpriority creditor's name and mailing address

**Bluff City Materials**
**2252 Southwind Blvd**
**Bartlett, IL 60103**

Date(s) debt was incurred _

Last 4 digits of account number  **9594**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection**

Is the claim subject to offset? ■ No ☐ Yes

**$7,586.00**

---

| Debtor | **DMD Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Central Laborer Fringe Benefit Act.**
PO Box 1267
Jacksonville, IL 62651

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  9594**

**Basis for the claim:  Collection**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,458.00 |
|---|---|---|---|

**Chicago Tire, Inc.**
16001 Van Drunen Rd Ste 2
South Holland, IL 60473

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  9594**

**Basis for the claim:  Collection**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,105.00 |
|---|---|---|---|

**Chicago Trucking Inc.**
5494 W. Roosevelt Rd.
Chicago, IL 60644

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  9594**

**Basis for the claim:  Collection**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Christofano Equipment Co., Inc.**
643 Harlem Ave
Chicago Ridge, IL 60415

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  9594**

**Basis for the claim:  Collection**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $13,682.00 |
|---|---|---|---|

**Chuhak & Tecson**
30 S. Wacker Dr., 26th Fl
Chicago, IL 60606

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  9594**

**Basis for the claim:  Collection**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**City of Chicago Cost Recovery**
PO Box 88292
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  9594**

**Basis for the claim:  Collection**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**City of Chicago Dept. of Finance**
PO Box 88292
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  9594**

**Basis for the claim:  Collection**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DMD Services, Inc.** | | Case number *(if known)* | |
| | Name | | | |

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
| | **City of Chicago Dept. Revenue**<br>**PO Box 88292**<br>**Chicago, IL 60680** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Collection** | |
| | Last 4 digits of account number  **9594** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $457.00 |
| | **ComEd**<br>**PO Box 6111**<br>**Carol Stream, IL 60197** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Collection** | |
| | Last 4 digits of account number  **9594** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Commercial Credit Group, Inc.**<br>**2135 City Gate Lane, Ste. 440**<br>**Naperville, IL 60563** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice only** | |
| | Last 4 digits of account number  **1501** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
| | **Commercial Creidt Group**<br>**2135 City Gate Ln**<br>**Naperville, IL 60563** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Collection** | |
| | Last 4 digits of account number  **9594** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
| | **Countryside Landfill**<br>**PO Box 4647**<br>**Carol Stream, IL 60188** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Collection** | |
| | Last 4 digits of account number  **9594** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **EFIRD ELISABETH**<br>**1997 W. Greenleaf Dr.**<br>**Round Lake, IL 60073** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Attorney for JP Construction** | |
| | Last 4 digits of account number  **4328** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
| | **Everlights**<br>**8027 N. Lawndale Avenue**<br>**Skokie, IL 60076** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Collection** | |
| | Last 4 digits of account number  **9594** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **DMD Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Ford Credit**
P.O. Box 790119
Saint Louis, MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Collection</u>

Last 4 digits of account number **9594**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,437.00 |
|---|---|---|---|

**Future Environmental**
19701 S. 97th Avenue
Mokena, IL 60448

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Collection</u>

Last 4 digits of account number **9594**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.00 |
|---|---|---|---|

**Gensco Equipment**
53 Carlaw Ave.
Toronto, Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Collection</u>

Last 4 digits of account number **9594**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $148.76 |
|---|---|---|---|

**Grainger, Inc.**
Mw H-11
Palatine, IL 60038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Collection</u>

Last 4 digits of account number **9594**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,800.00 |
|---|---|---|---|

**Heartland Recycling, LLC**
J Haber/Kalcheim Haber LLC
134 N LaSalle St., Ste. 2100
Chicago, IL 60602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Collection</u>

Last 4 digits of account number **8028**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,782.36 |
|---|---|---|---|

**Heartland Recycling, LLC**
J Haber/Kalcheim Haber LLC
134 N LaSalle St., Ste. 2100
Chicago, IL 60602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Collection</u>

Last 4 digits of account number **9594**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $899.90 |
|---|---|---|---|

**Home Depot Creidt Ser.**
PO BOX 6029 THE LAKES NV
The Lakes, NV 88901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Collection</u>

Last 4 digits of account number **9594**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DMD Services, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.36** | Nonpriority creditor's name and mailing address

**Horan Screening & Crushing, Inc.**
**2328 E Lincoln Highway**
**Joliet, IL 60436**

Date(s) debt was incurred _

Last 4 digits of account number **9594**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Collection**

Is the claim subject to offset? ■ No ☐ Yes

**$1,770.66**

---

**3.37** | Nonpriority creditor's name and mailing address

**Hoving Pitstop**
**2351 Powis Rd**
**West Chicago, IL 60185**

Date(s) debt was incurred _

Last 4 digits of account number **9594**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Collection**

Is the claim subject to offset? ■ No ☐ Yes

**$163.82**

---

**3.38** | Nonpriority creditor's name and mailing address

**HUB International Midwest**
**55 E. Jackson Blvd**
**Chicago, IL 60604**

Date(s) debt was incurred _

Last 4 digits of account number **9594**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Collection**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.39** | Nonpriority creditor's name and mailing address

**HUB International Midwest Limited**
**601 Oakmont Lane**
**Westmont, IL 60559**

Date(s) debt was incurred _

Last 4 digits of account number **9594**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Collection**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.40** | Nonpriority creditor's name and mailing address

**IDES**
**33 South State Street**
**Chicago, IL 60603**

Date(s) debt was incurred _

Last 4 digits of account number **9594**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Collection**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.41** | Nonpriority creditor's name and mailing address

**IL OS/OW Permits**
**2300 S. Dirksen Parkway**
**Springfield, IL 62764**

Date(s) debt was incurred _

Last 4 digits of account number **9594**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Collection**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.42** | Nonpriority creditor's name and mailing address

**Int'l Union of Ops Eng Local 150**
**c/o Steven Davidson**
**6140 Joliet Rd.**
**La Grange, IL 60525**

Date(s) debt was incurred _

Last 4 digits of account number **9594**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Judgement creditor**

Is the claim subject to offset? ■ No ☐ Yes

**$90,425.00**

---

| Debtor | **DMD Services, Inc.** | Case number (if known) | |
| | Name | | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Interunited Trucking Corp.**<br>**c/o Lyman & Nielsen LLC**<br>**1301 W 22nd St., Ste. 914**<br>**Oak Brook, IL 60523** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Notice Only** | |
| | Last 4 digits of account number  **1192** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $79,621.40 |
|---|---|---|---|
| | **Interunited Trucking Corp.**<br>**c/o Lyman & Nielsen LLC**<br>**1301 W 22nd St., Ste. 914**<br>**Oak Brook, IL 60523** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Collection** | |
| | Last 4 digits of account number  **9594** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|
| | **IUOE**<br>**PO BOX 94427**<br>**Chicago, IL 60690** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Collection** | |
| | Last 4 digits of account number  **9594** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **JP Construction, Inc.**<br>**Elizabeth Efird**<br>**1997 W. Greenleaf Dr.**<br>**Round Lake, IL 60073** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Notice only** | |
| | Last 4 digits of account number  **4328** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,550.00 |
|---|---|---|---|
| | **JP General Construction, Inc.**<br>**300 W Golf Rd**<br>**Mount Prospect, IL 60056** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Collection** | |
| | Last 4 digits of account number  **9594** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $948.93 |
|---|---|---|---|
| | **KCS Computer Technology Inc.**<br>**9524 Franklin Avenue**<br>**Franklin Park, IL 60131** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Collection** | |
| | Last 4 digits of account number  **9594** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,428.39 |
|---|---|---|---|
| | **Konica Minolta Business Solutions**<br>**21146 Network Place**<br>**Chicago, IL 60673** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Collection** | |
| | Last 4 digits of account number  **9594** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **DMD Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$276.47**

**Konica Minolta Business Systems**
**3020 Woodcreek Drive Suite E**
**Downers Grove, IL 60515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Collections__

Last 4 digits of account number __9594__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00**

**Laborers Pension & Welfare Funds**
**33367 Treasury Center**
**Chicago, IL 60694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Collection__

Last 4 digits of account number __9594__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00**

**Laborers Pension & Welfare Training**
**33367 Treasury Center**
**Chicago, IL 60694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Collection__

Last 4 digits of account number __9594__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00**

**Laborers Pension Fund**
**11465 W. Cermak Road**
**Westchester, IL 60154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Collection__

Last 4 digits of account number __9594__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00**

**Laborers Work Dues Fund**
**Department 4334**
**Carol Stream, IL 60122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Collection__

Last 4 digits of account number __9594__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49,981.00**

**Lakeshore Recycling Systems**
**3152 S California Ave**
**Chicago, IL 60608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Collection__

Last 4 digits of account number __9594__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00**

**Laraway RDF**
**PO Box 4647**
**Carol Stream, IL 60188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Collection__

Last 4 digits of account number __9594__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DMD Services, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,605.26** |
|---|---|---|---|
| | **Leach Enterprises, Inc.**<br>**4304 IL-176**<br>**Crystal Lake, IL 60014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  9594** | **Basis for the claim:  Collection**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$250.00** |
|---|---|---|---|
| | **Liberty Mutual Insurance Company**<br>**1 N. Franklin Street, Suite 3025**<br>**Chicago, IL 60606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  9594** | **Basis for the claim:  Collection**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,229.34** |
|---|---|---|---|
| | **Lindahl Bros, Inc.**<br>**622 E Green St**<br>**Bensenville, IL 60106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  9594** | **Basis for the claim:  Collection**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
|---|---|---|---|
| | **Local 731 Checkoff**<br>**1000 Burr Ridge Pkwy**<br>**Willowbrook, IL 60527** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  9594** | **Basis for the claim:  Collection**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
|---|---|---|---|
| | **Local 731 I.B. of T**<br>**1000 Burr Ridge Pkwy**<br>**Willowbrook, IL 60527** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  9594** | **Basis for the claim:  Collection**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
|---|---|---|---|
| | **Local 731 I.B. of T Pension**<br>**1000 Burr Ridge Pkwy**<br>**Willowbrook, IL 60527** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  9594** | **Basis for the claim:  Collection**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
|---|---|---|---|
| | **Local 731 I.B. of T Welfare**<br>**1000 Burr Ridge Pkwy**<br>**Willowbrook, IL 60527** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  9594** | **Basis for the claim:  Collection**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **DMD Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Local 731, LMCC Task Force**
**1000 Burr Ridge Pkwy**
**Willowbrook, IL 60527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Collection__

Last 4 digits of account number __9594__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LYMAN NIELSEN LLC**
**900 OAKMONT LN#308**
**Westmont, IL 60559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Attorneys for Interunited Trucking Corp.__

Last 4 digits of account number __1192__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**M.O.E. Apprenticeship Fund**
**P.O. BOX 74632**
**Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Collection__

Last 4 digits of account number __9594__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**M.O.E. CRF**
**P.O. BOX 74632**
**Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Collection__

Last 4 digits of account number __9594__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**M.O.E. Fringe Benefits Funds**
**6150 Joliet Rd**
**La Grange, IL 60525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Collection__

Last 4 digits of account number __9594__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**M.O.E. Pension Trust Fund**
**P.O. BOX 74632**
**Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Collection__

Last 4 digits of account number __9594__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**M.O.E. Retirement Enhancement Fund**
**P.O. BOX 74632**
**Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Collection__

Last 4 digits of account number __9594__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **DMD Services, Inc.**

Name                                                    Case number (if known)

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**M.O.E. Vacation Savings Plan**
**P.O. BOX 74632**
**Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Collection**

Last 4 digits of account number  **9594**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**M.O.E. Welfare Fund**
**P.O. BOX 74632**
**Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Collection**

Last 4 digits of account number  **9594**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**M.T. Transit, Inc.**
**4450 South Morgan St**
**Chicago, IL 60609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Collection**

Last 4 digits of account number  **9594**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,101.75** |
|---|---|---|---|

**Master Hydraulics**
**540 Morse Ave**
**Schaumburg, IL 60193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Collection**

Last 4 digits of account number  **9594**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,073.60** |
|---|---|---|---|

**MAT Construction, Inc.**
**4450 S Morgan St**
**Chicago, IL 60609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Collection**

Last 4 digits of account number  **9594**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,043.00** |
|---|---|---|---|

**McGladrey, LLP**
**20 N. Martingale Road Suite 500**
**Schaumburg, IL 60173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Collection**

Last 4 digits of account number  **9594**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,184.24** |
|---|---|---|---|

**McMaster-Carr**
**PO Box 7690**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Collection**

Last 4 digits of account number  **9594**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DMD Services, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,221.00 |
|---|---|---|---|

**Meade Electric Co.**
9550 W 55th St # A
La Grange, IL 60525

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Collection**

Last 4 digits of account number  **9594**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,271.22 |
|---|---|---|---|

**Meltzer, Purtill, & Steele, LLC**
1515 E. Woodfield Road
Schaumburg, IL 60173

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Colection**

Last 4 digits of account number  **9594**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Midcity Plumbing**
c/o Michael Higgins
6204 W 63rd St.
Chicago, IL 60638

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Collection**

Last 4 digits of account number  **9306**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,480.00 |
|---|---|---|---|

**Midcity Plumbing, Inc.**
321 S County Line
Franklin Park, IL 60131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Collection**

Last 4 digits of account number  **9594**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mohr Oil Co.**
c/o Edmund P Wanderling
2505 S Des Plaines Ave.
Riverside, IL 60546

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number  **6551**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,047.72 |
|---|---|---|---|

**Mohr Oil Co.**
7340 Harrison St
Forest Park, IL 60130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Collection**

Last 4 digits of account number  **9594**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Murphy's Contractors Equipment, Inc**
2420 N River Rd
River Grove, IL 60171

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Collection**

Last 4 digits of account number  **9594**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DMD Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$718.39** |
|---|---|---|---|

**NAPA Genuine Parts Co.**
5959 Collections Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9594**

Basis for the claim: **Collection**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
|---|---|---|---|

**National Advertisers Acc. Inc.**
P.O Box 595
Mount Prospect, IL 60056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9594**

Basis for the claim: **Collection**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**National Demolition Association**
16 N Franklin St
Doylestown, PA 18901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9594**

Basis for the claim: **Collection**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,900.00** |
|---|---|---|---|

**National Lift Truck, Inc**
3333 Mt Prospect Rd
Franklin Park, IL 60131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9594**

Basis for the claim: **Collection**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**NB PAD Holdings V**
c/o Freeborn & Peters
311 S. Wacker Dr., Ste. 3000
Chicago, IL 60606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5844**

Basis for the claim: **Notice only**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
|---|---|---|---|

**Nicor Gas**
P.O. Box 5407
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9594**

Basis for the claim: **Collection**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$918.92** |
|---|---|---|---|

**Nicor Gas (Jobs)**
PO Box 1630
Aurora, IL 60507

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9594**

Basis for the claim: **Collection**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **DMD Services, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |
|---|---|---|---|

**North Shore Gas**
3001 Grand Ave
Waukegan, IL 60085

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9594**

Basis for the claim:  **Collection**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,555,000.00** |
|---|---|---|---|

**Northbrook Bank**
1100 Waulkegan Rd
Northbrook, IL 60062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0706**

Basis for the claim:  **Business loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,795.90** |
|---|---|---|---|

**O'Leary Contractors**
1031 North Cicero Avenue
Chicago, IL 60651

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9594**

Basis for the claim:  **Collection**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00** |
|---|---|---|---|

**Office of Emergency Management**
121 N LaSalle Dr
Chicago, IL 60602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9594**

Basis for the claim:  **Collection**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**P & G Keene**
110 Foster Ave
Bensenville, IL 60106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9594**

Basis for the claim:  **Collection**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Patten Industries, Inc.**
Ryd Law Group, P.C.
1900 Spring Rd., Ste. 216
Oak Brook, IL 60523

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **R588**

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38,365.15** |
|---|---|---|---|

**Patten Industries, Inc.**
635 W. Lake St
Elmhurst, IL 60126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9594**

Basis for the claim:  **Collection**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **DMD Services, Inc.**
_____

Name

Case number _(if known)_ _____

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Paul E. King**
**Michael J. Goldstein & Assoc.**
**77 W. Washington St., Ste. 900**
**Chicago, IL 60602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice only - Attorneys for Northbrook Bank & Trust**

Last 4 digits of account number  **9594**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $1.00 |
|---|---|---|---|

**Paychex**
**230 W Monroe St Suite 1020**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Collection**

Last 4 digits of account number  **9594**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $1.00 |
|---|---|---|---|

**Payless Car Rental**
**5401 W 47th St**
**Chicago, IL 60638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Collection**

Last 4 digits of account number  **9594**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $8,250.00 |
|---|---|---|---|

**Peoples Gas**
**130 East Randolph Drive**
**Chicago, IL 60601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Collection**

Last 4 digits of account number  **7330**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $4,012.79 |
|---|---|---|---|

**PetroLiance, LLC.**
**PO Box 636824**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Collection**

Last 4 digits of account number  **9594**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $3,930.29 |
|---|---|---|---|

**PowerPlan**
**P.O. Box 650215**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Collection**

Last 4 digits of account number  **9594**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $1.00 |
|---|---|---|---|

**Powerscreen of Chicago, LTD.**
**1212 S NAPER BLVD.**
**Naperville, IL 60540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Collection**

Last 4 digits of account number  **9594**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **DMD Services, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,100.00** |
|---|---|---|---|

**Praire State Water Systems, Inc.**
48W557 IL-64
Maple Park, IL 60151

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Collection**

Last 4 digits of account number **9594**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,920.60** |
|---|---|---|---|

**Rapid Recovery, Inc.**
8945 W Bloomfield Rd
Peoria, AZ 85381

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Collection**

Last 4 digits of account number **9594**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Recycling Systems, Inc.**
3152 S California Ave
Chicago, IL 60608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Collection**

Last 4 digits of account number **9594**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Reliable Asphalt Corp.**
2250 Southwind Blvd
Bartlett, IL 60103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Collection**

Last 4 digits of account number **9594**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$759.13** |
|---|---|---|---|

**Republic Services Trash**
2608 S Damen Ave
Chicago, IL 60608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Collections**

Last 4 digits of account number **9594**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$446,248.00** |
|---|---|---|---|

**Richard J Clarson Local 731**
Dowd Bloch Bennet et al.
8 S. Michigan Ave., 19th Fl
Chicago, IL 60603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice only - potential withdrawal liability**

Last 4 digits of account number **V629**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Sandvik Customer Finance**
300 TECHNOLOGY COURT
Smyrna, GA 30082

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Collection**

Last 4 digits of account number **9594**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DMD Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
| | **Sargent Equipment & Repair Service**<br>**281 E Sauk Trl**<br>**Chicago Heights, IL 60411** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **9594** | Basis for the claim:  **Collection**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,268.99 |
|---|---|---|---|
| | **Schaeffer Mfg. Co.**<br>**102 Barton Street**<br>**Saint Louis, MO 63104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **9594** | Basis for the claim:  **Collection**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Scottsdale Insurance**<br>**c/o the CKB Firm**<br>**30 N. LaSalle, #1520**<br>**Chicago, IL 60602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **7609** | Basis for the claim:  **Collection**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|
| | **Scottsdale Insurance Co.**<br>**P.O. Box 4120**<br>**Scottsdale, AZ 85261** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **9594** | Basis for the claim:  **Collection**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **State Farm Fire**<br>**c/o Simon & McClosky Ltd.**<br>**120 W. Madison, Ste. 1100**<br>**Chicago, IL 60602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **0165** | Basis for the claim:  **Collection**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **State Farm Mutual**<br>**c/o James Odea**<br>**10707 W. 159th St.**<br>**Orland Park, IL 60467** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **6566** | Basis for the claim:  **Notice only**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,821.50 |
|---|---|---|---|
| | **The Horton Group ,Inc.**<br>**10320 Orland Parkway**<br>**Orland Park, IL 60467** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **9594** | Basis for the claim:  **Collection**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **DMD Services, Inc.** | | Case number *(if known)* | |
| | Name | | | |

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,015.73 |
|---|---|---|---|
| | **Town of Cicero**<br>**4949 W. Cermak Rd**<br>**Cicero, IL 60804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Collection__ | |
| | Last 4 digits of account number __9594__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|
| | **Tredoc Tire Services**<br>**P.O. Box 1248**<br>**Bedford Park, IL 60499** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Collection__ | |
| | Last 4 digits of account number __9594__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|
| | **Truck Tire Sales, Inc.**<br>**426 W Pershing Rd**<br>**Chicago, IL 60609** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Collection__ | |
| | Last 4 digits of account number __9594__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $880.48 |
|---|---|---|---|
| | **Tyco Integrated Security**<br>**2010 Swift Drive**<br>**Oak Brook, IL 60523** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Collection__ | |
| | Last 4 digits of account number __9594__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|
| | **U.S. Treasury Internal Rev. Service**<br>**1500 Pennsylvania Avenue**<br>**Washington, DC 20220** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Collection__ | |
| | Last 4 digits of account number __9594__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|
| | **United Rent-A-Fence**<br>**1500 W Fullerton Ave**<br>**Addison, IL 60101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Collection__ | |
| | Last 4 digits of account number __9594__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|
| | **US Fabrics, Inc.**<br>**3904 Virginia Ave**<br>**Cincinnati, OH 45227** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Collection__ | |
| | Last 4 digits of account number __9594__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **DMD Services, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Van Hoesen Industries, Inc.**
**Lichtman Eisen P'ners, Ltd.**
**222 N. LaSalle St., Ste. 300**
**Chicago, IL 60601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice only**

Last 4 digits of account number **0586**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,418.40 |
|---|---|---|---|

**Van Hoesen Industries, Inc.**
**7n458 Garden Ave**
**Roselle, IL 60172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Collection**

Last 4 digits of account number **9594**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,416.29 |
|---|---|---|---|

**Verizon Wireless**
** PO Box 25505**
**Lehigh Valley, PA 18002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Collection**

Last 4 digits of account number **9594**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,514.50 |
|---|---|---|---|

**Village of Elk Grove Village**
**901 Wellington Ave**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Collection**

Last 4 digits of account number **9594**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Village of Franklin Park**
**9451 W. Belmont**
**Franklin Park, IL 60131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Collection**

Last 4 digits of account number **9594**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $850.00 |
|---|---|---|---|

**Village of Skokie**
**5127 Oakton St**
**Skokie, IL 60077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Collection**

Last 4 digits of account number **9594**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Waste Management**
** PO Box 4647**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Collection**

Last 4 digits of account number **9594**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **DMD Services, Inc.** | | | |
|---|---|---|---|---|
| | Name | | Case number (if known) | |

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Waste Management -CID RDF**
P.O. Box 30241
Lansing, MI 48909

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Collection**

Last 4 digits of account number  **9594**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Waste Management of Illinois**
PO Box 4648
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Collection**

Last 4 digits of account number  **9594**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Waste Mgmt.  Bluff City Transfer**
1247 Gifford Rd.
Elgin, IL 60121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Collection**

Last 4 digits of account number  **9594**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Waveland Recycling, Inc.**
10525 Waveland Ave
Franklin Park, IL 60131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Collection**

Last 4 digits of account number  **9594**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**West Side Tractor Sales**
1400 Ogden Ave
Naperville, IL 60563

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Collection**

Last 4 digits of account number  **9594**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118.68 |
|---|---|---|---|

**Wisco Ind. Supply**
P.O. Box 88666
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Collection**

Last 4 digits of account number  **9594**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**WSI Infiinet Results, LLC.**
362 E 4 Mile Rd
Racine, WI 53402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Collection**

Last 4 digits of account number  **9594**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Debtor | **DMD Services, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 1.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 5,613,766.67 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 5,613,767.67 |

**Fill in this information to identify the case:**

Debtor name **DMD Services, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest |  |
| State the term remaining |  |
| List the contract number of any government contract |  |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest |  |
| State the term remaining |  |
| List the contract number of any government contract |  |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest |  |
| State the term remaining |  |
| List the contract number of any government contract |  |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest |  |
| State the term remaining |  |
| List the contract number of any government contract |  |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **DMD Services, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | _____ <br> Street _____ <br> City     State     Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | _____ <br> Street _____ <br> City     State     Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | _____ <br> Street _____ <br> City     State     Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | _____ <br> Street _____ <br> City     State     Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name **DMD Services, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1.  **Gross revenue from business**

    ☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From **1/01/2018** to **Filing Date** | ☐ Operating a business ■ Other   No business operations or revenue | $0.00 |
| **For prior year:** From **1/01/2017** to **12/31/2017** | ☐ Operating a business ■ Other   No business operations or revenue | $0.00 |
| **For year before that:** From **1/01/2016** to **12/31/2016** | ■ Operating a business ☐ Other | $79,880.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
| --- | --- | --- |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** Check all that apply |
| --- | --- | --- | --- |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **DMD Services, Inc.** _____   Case number *(if known)* _____

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Ford Motor Credit** | **2016 Ford Explorer repossessed** | **5/2018** | **Unknown** |
| **Commercical Credit Corp** | **Debtor's remaining heavy equipment pledged as collateral** | **10/2016** | **$125,000.00** |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **JP Construction vs. DMD Services Inc. 2015-L-004328** | **Collection** | **Circuit Court Cook County** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.2. | **INTERUNITED TRUCKING CORP v. DMD SERVICES, INC. 2015-L-001192** | **Collection** | **Circuit Court Cook County** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.3. | **International Union of Operating Engineers, Local 150, AFL-CIO v. DMD Services, Inc. 2016-cv-09511** | **Collection** | **Federal Dist. Court ND IL** | ☐ Pending ☐ On appeal ■ Concluded |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **DMD Services, Inc.** _____   Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.4.  **Richard J. Clarson as Administrator of Local No. 731, I.B. of T., Excavators and Pavers Pension Trust Fund v. DMD Services, Inc.**<br>**2017-cv-00629** | **Collection** | **Federal Dist. Court ND IL** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Law Offices of Konstantine Sparagis, PC**<br>**900 W. Jackson Blvd., Ste. 4E**<br>**Chicago, IL 60607** | $3165   **Attorneys Fees**<br>$335   **Filing Fees** | **2018** | **$3,500.00** |
| Email or website address<br>_____ | | | |
| Who made the payment, if not debtor?<br>_____ | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case

Debtor   **DMD Services, Inc.**                                       Case number *(if known)* _____

to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

Debtor    **DMD Services, Inc.** _____    Case number *(if known)* _____

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Pan American Bank** | XXXX- | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **January 2017** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **DMD Services, Inc.** _____   Case number *(if known)* _____

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN.  Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **RSM US LLP**<br>**20 N. Martingale Rd., Ste. 500**<br>**Schaumburg, IL 60173** | **2007 - 2016** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **RSM US LLP**<br>**20 N. Martingale Rd., Ste. 500**<br>**Schaumburg, IL 60173** | **Most business records of debtor are unavailable as they were part of repossession action by lender at or near the time the debtor ceased operations.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial

Debtor    **DMD Services, Inc.**    Case number *(if known)* _____

statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jacqueline Disilvio | 24 Glenoble Ct.<br>Oak Brook, IL 60523 | President | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Disilvio | 24 Glenoble Ct.<br>Oak Brook, IL 60523 | Treasurer | 0% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

Debtor    **DMD Services, Inc.**                                                    Case number *(if known)*

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| **Local 731**<br>**Local 225**<br>**Local 150** | **EIN:**      **9594** |

---

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **September 10, 2018**

**/s/ Michael DiSilvio**                                            **Michael DiSilvio**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor      **Treasurer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **DMD Services, Inc.** _____  Case No. _____

_____ Debtor(s)  Chapter  **7**  _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,165.00** |
| Prior to the filing of this statement I have received | $ | **3,165.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ☐ Debtor    ■ Other (specify):    **Jacqueline & Michael Disilvio**

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **September 10, 2018** | /s/ Konstantine Sparagis |
| _Date_ | **Konstantine Sparagis 6256702** |
| | _Signature of Attorney_ |
| | **Law Offices Of Konstantine Sparagis** |
| | **900 W. Jackson Blvd.** |
| | **Ste. 4E** |
| | **Chicago, IL 60607** |
| | **312.753.6956  Fax: 866.333.1840** |
| | **gus@atbankruptcy.com** |
| | _Name of law firm_ |

---

**RETAINER AGREEMENT**

WHEREAS,__DMD Services, Inc.___("Client") desires to retain the Law Offices of Konstantine Sparagis, P.C. a debt relief agency and law firm ("the Attorneys"), to represent her/him/them/it regarding its interests ("Interests") related to the filing of a petition for relief under chapter 7 of Title 11 U.S.C. (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Illinois; and

NOW THEREFORE, in consideration of the obligations of the Attorneys and the Client (collectively "the Parties") set forth herein, the Parties hereby agree as follows:

### Article 1.  The Attorneys' Duties

1.1 In addition to performing the duties set forth in Article 3.1, the Attorneys shall investigate and advise the Client regarding its Interests. The Client understands that the Bankruptcy Case may be complex, and that the Attorneys' investigation has just begun. Therefore, the Client also understands that discovery in the case and/or other future events may change the Attorneys' advice regarding its Interests, perhaps materially so. The Attorneys are not obligated to begin or to continue to prosecute or defend any claim that in their sole professional judgment is or becomes objectively or subjectively frivolous, can only be brought in bad faith, or whose continued prosecution comes to constitute bad faith, violates or comes to violate any rule or code of professional ethics, or has or comes to have so little chance of success on the merits that it is not reasonable to expect the Attorneys to continue to invest their time in the prosecution thereof.

1.2  The Attorneys are specifically under no obligation to prosecute or to defend any appeal by reason of this Retainer Agreement.

### Article 2.  The Attorneys' Authority To Act

2.1  In matters of professional responsibility, the Attorneys shall act in their own discretion as they deem proper under the applicable rules of court and the Illinois Code of Professional Responsibility and the Rules of any Court in which the case is prosecuted, and without any direction from the Client.

2.2  The Attorneys recognize that it is the Attorneys' general duty to carry out the directions of their principal, the Client, but the Client recognizes that their agents, the Attorneys, are possessed of special skills and training in legal matters beyond those of the Client. Therefore, in matters of general strategy, the Attorneys shall follow the general directions of the Clients where such direction does not impinge upon the Attorneys professional responsibilities in any or all matters, or the Attorneys' professional judgment in matters concerning which a full consultation with the Client is not practical.

2.3  Nothing herein shall be construed to limit the Attorneys' responsibilities under the Illinois Code of Professional Responsibility, but it is the Parties' desire that the provisions hereof be interpreted to the greatest extent possible to conform to said Illinois Code of Professional Responsibility.

### Article 3. The Attorneys' Fees

3.1 The Client shall timely pay the Attorneys a flat fee in the sum of $3500.00 which includes all fees and costs.  It is expressly understood that no case will be filed until the aforementioned fees are paid in full.  The fees include consulting with the Clients to discuss the Client's financial condition and possible solutions; preparing, filing and amending their bankruptcy schedules and all documents required to be filed by the Bankruptcy Code; appearing at the Client's 341 Meeting of Creditors; negotiating reaffirmation agreements with the Client's secured creditors; provide the sections 342(b)(1), 527 and 521 notices which are attached hereto; and cooperating with the Trustee assigned to the case.  This fee expressly does <u>not</u> include any obligation on the Attorneys to prosecute or defend any and/or all contested motions and/or any and all adversary proceedings ("Additional Services"), which may arise as a result of the Clients' bankruptcy case. Anything herein to the contrary, both the Attorneys and the Client will endeavor to be fair and reasonable with each other in all billing matters.

All retainers described herein, including all future retainers, are expressly agreed to be "advance payment retainers" as described in *In re: Production Associates, Ltd. 264 B.R. 180 (Bkrtcy. N.D.Ill 2001)* and *Dowling v. Chicago Options Associates, Inc., 2007  WL 128879 (Ill.).* The Attorneys will commingle the retainer and any future retainer immediately upon receipt with their general funds being obligated only to refund an amount equal to the unearned portion thereof, if any, promptly after the termination of the Attorney's services.  Ordinarily, Client

has the option to request that the retainer be considered a "security retainer" where Client continues to have an interest in the funds, but Client recognizes and agrees that the Attorneys would not undertake the representation on that basis. The Attorneys are obligated by the *Dowling* case to advise Client of the reason they would decline to represent Client on a security retainer basis, and that reason is the Attorneys do not desire even to potentially compete with the creditors of the Client on a security retainer basis.

3.2  Compensation will be paid to the Attorneys at their customary hourly rates for all Additional Services (including all para-professional staff) as they exist from time to time. The rates are currently $250 per hour for attorney's time, and $85 per hour for para-professionals. In addition, if for any reason the attorney-client relationship is terminated by either of the Parties, then upon such termination the Attorneys will prepare an accounting and forward the same to the Client and charge the Client on an hourly basis for all time expended by the Attorneys up until the time of termination, including the preparation of the accounting.

3.3  All costs for Additional Services will be charged to the Client, and include all expenses incurred, and disbursements made by the Attorneys on the Client's behalf in connection with this matter will be payable by the Client in addition to the professional fees. The Attorneys will generally bill the Client for such costs once a month unless the costs incurred are so insignificant as not to justify a billing. In the case of any cost the Attorneys deem exceptional in their sole discretion, the Attorneys may request payment in advance or payment directly from the Client to the provider.

3.4  The Client may object to any charge appearing on any bill rendered by the Attorneys. However, the Client will pay within one month of the date of any bill for any and all charges to which it does not specifically object. The Attorneys are always pleased to discuss their charges with the Client, but the Client agrees that any bill not objected to within one month of the date thereof shall constitute an "account stated" and no longer be subject to dispute. The reason for setting this deadline is to keep any objections (and the memories that underlie them for all the Parties) from becoming stale, and to encourage the Client to bring any billing controversies to the Attorneys' attention as soon as possible to foster a speedy resolution thereof.

## Article 4.  Contract Construction

4.1  This Agreement shall be construed under a rule of reasonableness at the time it was entered, examining any provision thereof with a mind that the Parties hereto were acting in good faith and without oppression, attempting to reach a fair and equitable means on which the Attorneys could pursue the Client's Interests for the Client

4.2  This Agreement shall be construed according to the laws of the State of Illinois and the Parties agree to submit to the jurisdiction of any State Court in the Circuit Court of Cook County.

4.3  Subject to any rule, procedure or court order that is adopted by the courts in this jurisdiction which are expressly incorporated by reference into this Agreement and made a part hereof, the Parties acknowledge that this Agreement embodies the full understanding of the Parties hereto and is a fully integrated agreement that may only be altered or amended by a writing signed by both Parties.

## Article 5.  Legal Advice Regarding This Agreement

5.1  The Attorneys are not representing the Client regarding their entering this Agreement, nor are they rendering any legal advice to the Client regarding same and that the Client represents that the Attorneys have advised the Client that they should retain their own independent legal opinion (meaning from legal counsel other than the Attorneys) regarding its entering this Agreement with the Attorneys, and that the Client have indeed obtained that independent legal advice or has knowingly waived their right to obtain such independent advice.

## Article 6.  General

6.1  Termination of this Agreement must be made in writing by sending notice to the Parties at their designated or last known address. To the extent required, upon termination, the Attorneys will apply to the court for an order authorizing the Attorneys' withdrawal from representation. The Attorneys will return any original documents to the Client. The remainder of the file shall be the Attorneys' work product and will be retained by the Attorneys for 6 years.

6.2  In addition to paying the attorney's fees and all other costs set forth in the Agreement; Client also agrees to

carry out all of the Client's obligations pursuant to section 521 of the Bankruptcy Code; to provide full, honest and accurate disclosures of all the Client's assets, liabilities and financial information; to notify the Attorneys of any change or anticipated change in circumstances.

**Article 7.  Required Disclosures**

7.1 Under the new law bankruptcy laws, you are required to take a Credit Counseling Course prior to the filing of your bankruptcy petition and a Financial Management Course prior to the discharge of your bankruptcy.  If you fail to complete these courses your bankruptcy will be denied.

7.2 Section 527 of the Bankruptcy Code requires a debt relief agency to provide an assisted person with the following:  A copy of the notice prepared by the clerk of the Bankruptcy Court, in accordance with the requirements of § 342(b), which you have been shown at your initial consultation and which contains a brief description of Chapters 7, 11, 12, and 13 and the general purpose, benefits, and costs of proceeding under each of those chapters; and the types of services available from credit counseling agencies;  specifying that a person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury in connection with a case under this title shall be subject to fine, imprisonment, or both; and that all information supplied by a debtor in connection with a case under this title is subject to examination by the Attorney General.

7.3 All information that the assisted person is required to provide with a petition and thereafter during a case under this title is required to be complete, accurate, and truthful; all assets and all liabilities are required to be completely and accurately disclosed in the documents filed to commence the case, and the replacement value of each asset as defined in § 506 must be stated in those documents where requested after reasonable inquiry to establish such value; current monthly income, the amounts specified in section 707(b)(2), and, in a case under Chapter 13 of this title, disposable income (determined in accordance with § 707(b)(2)) are required to be stated after reasonable inquiry; and information that an assisted person provides during his or her case may be audited pursuant to this title, and failure to provide such information may result in dismissal of the case under this title or other sanction, including a criminal sanction.

7.4  If you decide to seek bankruptcy relief, you can represent yourself, you can hire an attorney to represent you, or you can get help in some localities from a bankruptcy petition preparer who is not an attorney. The law requires an attorney or bankruptcy petition preparer to give you a written contract specifying what the attorney or bankruptcy petition preparer will do for you and how much it will cost. Ask to see the contract before you hire anyone.  The following information explains what must be done in a routine bankruptcy case to help you evaluate how much service you need. Before filing a bankruptcy case, either you or your attorney should analyze your eligibility for different forms of debt relief available under the Bankruptcy Code and decide which form of relief is most likely to be beneficial for you. Be sure you understand the relief you can obtain and its limitations. To file a bankruptcy case, documents must be prepared correctly and filed with the bankruptcy court. You will have to pay a filing fee to the bankruptcy court. Once your case starts, you must attend the required first meeting of creditors, where you may be questioned by a court official called a "trustee" and by creditors.  If you choose to file a Chapter 7 case, you may be asked by a creditor to reaffirm a debt. You may want help deciding whether to do so. A creditor is not permitted to coerce you into reaffirming your debts. If you choose to file a Chapter 13 case, in which you repay your creditors what you can afford over 3 to 5 years, you may also want help preparing your Chapter 13 plan and with the confirmation hearing on your plan, which will be before a bankruptcy judge. If you select another type of relief under the Bankruptcy Code other than Chapter 7 or Chapter 13, you should consult someone familiar with that type of relief. Your bankruptcy case may also involve litigation. You are generally permitted to represent yourself in litigation in bankruptcy court, but only lawyers, not bankruptcy petition preparers, can give you legal advice.

7.5 To compile your income refer to recent paystubs accounting for all income.   Review your monthly expenditures and make your best estimate on cash expenditures.  If you are required to pass a "means test" because of your income, your estimated monthly expenses will be based upon IRS allowances based on the area in which you live.  If your expenses exceed the allotted amounts, you may need to make adjustments accordingly. When you value your property, consider the prices for housing in your area, in newspapers for automobiles, and what you would pay for furniture and clothes at stores selling such goods.  If you have an item of unique or special value, an appraisal may be necessary.  When listing

creditors, base their information on current bills. Some of your property is exempt and may be retained according to the exemptions that we have reviewed at your consultation.  If a creditor has a lien on exempt property, the lien may be avoidable, or you may have to pay to keep the property.

AGREED:

_____

Debtor                              Date

# United States Bankruptcy Court
## Northern District of Illinois

In re   **DMD Services, Inc.** _____   Case No. _____
                                          Debtor(s)        Chapter   **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **142**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **September 10, 2018** _____   **/s/ Michael DiSilvio** _____
                                                    **Michael DiSilvio/Treasurer**
                                                    Signer/Title

Adam C. Toosely
Freeborn & Peters, LLP
311 S. Wacker Dr., Ste. 3000
Chicago, IL 60606


Allstate-Commercial Auto Policy
PO BOX 4344
Carol Stream, IL 60197


Amex
Po Box 297871
Fort Lauderdale, FL 33329


Amex Dsnb
9111 Duke Blvd
Mason, OH 45040


AT & T Business
PO Box 5080
Carol Stream, IL


AT&T
PO Box 5080
Carol Stream, IL 60197


AT&T Capital Services
13160 Collections Center Dr.


AT&T Capital Services
13160 Collections Center Dr.
Chicago, IL 60693


AT&T RM
909 Chestnut St
Saint Louis, MO 63101


Atlas Bobcat, Inc.
5050 N. River Rd.
Schiller Park, IL 60176


Axis Response Group
1134 Wildwood Ln
Glenview, IL 60025

Blue Cross Blue Shield of Illinois
300 East Randolph Street
Chicago, IL 60601


Bluebook
PO Box 500
Jefferson Valley, NY 10535


Bluff City Materials
2252 Southwind Blvd
Bartlett, IL 60103


Central Laborer Fringe Benefit Act.
PO Box 1267
Jacksonville, IL 62651


Chicago Tire, Inc.
16001 Van Drunen Rd Ste 2
South Holland, IL 60473


Chicago Trucking Inc.
5494 W. Roosevelt Rd.
Chicago, IL 60644


Christofano Equipment Co., Inc.
643 Harlem Ave
Chicago Ridge, IL 60415


Chuhak & Tecson
30 S. Wacker Dr., 26th Fl
Chicago, IL 60606


City of Chicago Cost Recovery
PO Box 88292
Chicago, IL 60680


City of Chicago Dept. of Finance
PO Box 88292
Chicago, IL 60680


City of Chicago Dept. Revenue
PO Box 88292
Chicago, IL 60680

ComEd
PO Box 6111
Carol Stream, IL 60197


Commercial Credit Group, Inc.
2135 City Gate Lane, Ste. 440
Naperville, IL 60563


Commercial Creidt Group
2135 City Gate Ln
Naperville, IL 60563


Countryside Landfill
PO Box 4647
Carol Stream, IL 60188


EFIRD ELISABETH
1997 W. Greenleaf Dr.
Round Lake, IL 60073


Everlights
8027 N. Lawndale Avenue
Skokie, IL 60076


Ford Credit
P.O. Box 790119
Saint Louis, MO 63179


Future Environmental
 19701 S. 97th Avenue
Mokena, IL 60448


Gensco Equipment
53 Carlaw Ave.
Toronto, Canada


Grainger, Inc.
Mw H-11
Palatine, IL 60038


Heartland Recycling, LLC
J Haber/Kalcheim Haber LLC
134 N LaSalle St., Ste. 2100
Chicago, IL 60602

Heartland Recycling, LLC
J Haber/Kalcheim Haber LLC
134 N LaSalle St., Ste. 2100
Chicago, IL 60602


Home Depot Creidt Ser.
PO BOX 6029 THE LAKES NV
The Lakes, NV 88901


Horan Screening & Crushing, Inc.
 2328 E Lincoln Highway
Joliet, IL 60436


Hoving Pitstop
2351 Powis Rd
West Chicago, IL 60185


HUB International Midwest
55 E. Jackson Blvd
Chicago, IL 60604


HUB International Midwest Limited
601 Oakmont Lane
Westmont, IL 60559


IDES
33 South State Street
Chicago, IL 60603


IL OS/OW Permits
2300 S. Dirksen Parkway
Springfield, IL 62764


Illinois Department of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL 62794


Int'l Union of Ops Eng Local 150
c/o Steven Davidson
6140 Joliet Rd.
La Grange, IL 60525

Internal Revenue Service
P.O. Box 802501
Cincinnati, OH 45280


Interunited Trucking Corp.
c/o Lyman & Nielsen LLC
1301 W 22nd St., Ste. 914
Oak Brook, IL 60523


Interunited Trucking Corp.
c/o Lyman & Nielsen LLC
1301 W 22nd St., Ste. 914
Oak Brook, IL 60523


IUOE
PO BOX 94427
Chicago, IL 60690


JP Construction, Inc.
Elizabeth Efird
1997 W. Greenleaf Dr.
Round Lake, IL 60073


JP General Construction, Inc.
300 W Golf Rd
Mount Prospect, IL 60056


KCS Computer Technology Inc.
9524 Franklin Avenue
Franklin Park, IL 60131


Konica Minolta Business Solutions
21146 Network Place
Chicago, IL 60673


Konica Minolta Business Systems
3020 Woodcreek Drive Suite E
Downers Grove, IL 60515


Laborers Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694

Laborers Pension & Welfare Training
33367 Treasury Center
Chicago, IL 60694


Laborers Pension Fund
11465 W. Cermak Road
Westchester, IL 60154


Laborers Work Dues Fund
Department 4334
Carol Stream, IL 60122


Lakeshore Recycling Systems
3152 S California Ave
Chicago, IL 60608


Laraway RDF
PO Box 4647
Carol Stream, IL 60188


Leach Enterprises, Inc.
4304 IL-176
Crystal Lake, IL 60014


Liberty Mutual Insurance Company
1 N. Franklin Street, Suite 3025
Chicago, IL 60606


Lindahl Bros, Inc.
622 E Green St
Bensenville, IL 60106


Local 731 Checkoff
1000 Burr Ridge Pkwy
Willowbrook, IL 60527


Local 731 I.B. of T
1000 Burr Ridge Pkwy
Willowbrook, IL 60527


Local 731 I.B. of T Pension
1000 Burr Ridge Pkwy
Willowbrook, IL 60527

Local 731 I.B. of T Welfare
1000 Burr Ridge Pkwy
Willowbrook, IL 60527


Local 731, LMCC Task Force
1000 Burr Ridge Pkwy
Willowbrook, IL 60527


LYMAN NIELSEN LLC
900 OAKMONT LN#308
Westmont, IL 60559


M.O.E. Apprenticeship Fund
P.O. BOX 74632
Chicago, IL 60675


M.O.E. CRF
P.O. BOX 74632
Chicago, IL 60675


M.O.E. Fringe Benefits Funds
6150 Joliet Rd
La Grange, IL 60525


M.O.E. Pension Trust Fund
P.O. BOX 74632
Chicago, IL 60675


M.O.E. Retirement Enhancement Fund
P.O. BOX 74632
Chicago, IL 60675


M.O.E. Vacation Savings Plan
P.O. BOX 74632
Chicago, IL 60675


M.O.E. Welfare Fund
P.O. BOX 74632
Chicago, IL 60675


M.T. Transit, Inc.
4450 South Morgan St
Chicago, IL 60609

Master Hydraulics
540 Morse Ave
Schaumburg, IL 60193


MAT Construction, Inc.
4450 S Morgan St
Chicago, IL 60609


McGladrey, LLP
20 N. Martingale Road Suite 500
Schaumburg, IL 60173


McMaster-Carr
PO Box 7690
Chicago, IL 60680


Meade Electric Co.
9550 W 55th St # A
La Grange, IL 60525


Meltzer, Purtill, & Steele, LLC
1515 E. Woodfield Road
Schaumburg, IL 60173


Midcity Plumbing
c/o Michael Higgins
6204 W 63rd St.
Chicago, IL 60638


Midcity Plumbing, Inc.
321 S County Line
Franklin Park, IL 60131


Mohr Oil Co.
c/o Edmund P Wanderling
2505 S Des Plaines Ave.
Riverside, IL 60546


Mohr Oil Co.
7340 Harrison St
Forest Park, IL 60130


Murphy's Contractors Equipment, Inc
2420 N River Rd
River Grove, IL 60171

NAPA Genuine Parts Co.
5959 Collections Center Drive
Chicago, IL 60693

National Advertisers Acc. Inc.
P.O Box 595
Mount Prospect, IL 60056

National Demolition Association
16 N Franklin St
Doylestown, PA 18901

National Lift Truck, Inc
3333 Mt Prospect Rd
Franklin Park, IL 60131

NB PAD Holdings V
c/o Freeborn & Peters
311 S. Wacker Dr., Ste. 3000
Chicago, IL 60606

Nicor Gas
P.O. Box 5407
Carol Stream, IL 60197

Nicor Gas (Jobs)
PO Box 1630
Aurora, IL 60507

North Shore Gas
3001 Grand Ave
Waukegan, IL 60085

Northbrook Bank
1100 Waulkegan Rd
Northbrook, IL 60062

O'Leary Contractors
1031 North Cicero Avenue
Chicago, IL 60651

Office of Emergency Management
121 N LaSalle Dr
Chicago, IL 60602

```
P & G Keene
110 Foster Ave
Bensenville, IL 60106


Patten Industries, Inc.
Ryd Law Group, P.C.
1900 Spring Rd., Ste. 216
Oak Brook, IL 60523


Patten Industries, Inc.
635 W. Lake St
Elmhurst, IL 60126


Paul E. King
Michael J. Goldstein & Assoc.
77 W. Washington St., Ste. 900
Chicago, IL 60602


Paychex
230 W Monroe St Suite 1020
Chicago, IL 60606


Payless Car Rental
5401 W 47th St
Chicago, IL 60638


Peoples Gas
130 East Randolph Drive
Chicago, IL 60601


PetroLiance, LLC.
PO Box 636824
Cincinnati, OH 45263


PowerPlan
P.O. Box 650215
Dallas, TX 75265


Powerscreen of Chicago, LTD.
1212 S NAPER BLVD.
Naperville, IL 60540


Praire State Water Systems, Inc.
48W557 IL-64
Maple Park, IL 60151
```

Rapid Recovery, Inc.
8945 W Bloomfield Rd
Peoria, AZ 85381

Recycling Systems, Inc.
3152 S California Ave
Chicago, IL 60608

Reliable Asphalt Corp.
2250 Southwind Blvd
Bartlett, IL 60103

Republic Services Trash
2608 S Damen Ave
Chicago, IL 60608

Richard J Clarson Local 731
Dowd Bloch Bennet et al.
8 S. Michigan Ave., 19th Fl
Chicago, IL 60603

Sandvik Customer Finance
300 TECHNOLOGY COURT
Smyrna, GA 30082

Sargent Equipment & Repair Service
281 E Sauk Trl
Chicago Heights, IL 60411

Schaeffer Mfg. Co.
102 Barton Street
Saint Louis, MO 63104

Scottsdale Insurance
c/o the CKB Firm
30 N. LaSalle, #1520
Chicago, IL 60602

Scottsdale Insurance Co.
P.O. Box 4120
Scottsdale, AZ 85261

```
State Farm Fire
c/o Simon & McClosky Ltd.
120 W. Madison, Ste. 1100
Chicago, IL 60602


State Farm Mutual
c/o James Odea
10707 W. 159th St.
Orland Park, IL 60467


The Horton Group ,Inc.
10320 Orland Parkway
Orland Park, IL 60467


Town of Cicero
4949 W. Cermak Rd
Cicero, IL 60804


Tredoc Tire Services
P.O. Box 1248
Bedford Park, IL 60499


Truck Tire Sales, Inc.
426 W Pershing Rd
Chicago, IL 60609


Tyco Integrated Security
2010 Swift Drive
Oak Brook, IL 60523


U.S. Treasury Internal Rev. Service
1500 Pennsylvania Avenue
Washington, DC 20220


United Rent-A-Fence
1500 W Fullerton Ave
Addison, IL 60101


US Fabrics, Inc.
3904 Virginia Ave
Cincinnati, OH 45227
```

Van Hoesen Industries, Inc.
Lichtman Eisen P'ners, Ltd.
222 N. LaSalle St., Ste. 300
Chicago, IL 60601


Van Hoesen Industries, Inc.
7n458 Garden Ave
Roselle, IL 60172


Verizon Wireless
 PO Box 25505
Lehigh Valley, PA 18002


Village of Elk Grove Village
901 Wellington Ave
Elk Grove Village, IL 60007


Village of Franklin Park
9451 W. Belmont
Franklin Park, IL 60131


Village of Skokie
5127 Oakton St
Skokie, IL 60077


Waste Management
 PO Box 4647
Carol Stream, IL 60197


Waste Management -CID RDF
P.O. Box 30241
Lansing, MI 48909


Waste Management of Illinois
PO Box 4648
Carol Stream, IL 60197


Waste Mgmt.  Bluff City Transfer
1247 Gifford Rd.
Elgin, IL 60121


Waveland Recycling, Inc.
10525 Waveland Ave
Franklin Park, IL 60131

West Side Tractor Sales
1400 Ogden Ave
Naperville, IL 60563


Wisco Ind. Supply
P.O. Box 88666
Chicago, IL 60680


WSI Infiinet Results, LLC.
362 E 4 Mile Rd
Racine, WI 53402

# United States Bankruptcy Court
## Northern District of Illinois

In re    **DMD Services, Inc.**                               Case No.

                                    Debtor(s)           Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **DMD Services, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **September 10, 2018** | **/s/ Konstantine Sparagis** |
| Date | **Konstantine Sparagis 6256702** |
| | Signature of Attorney or Litigant |
| | Counsel for    **DMD Services, Inc.** |
| | **Law Offices Of Konstantine Sparagis** |
| | **900 W. Jackson Blvd.** |
| | **Ste. 4E** |
| | **Chicago, IL 60607** |
| | **312.753.6956 Fax:866.333.1840** |
| | **gus@atbankruptcy.com** |